**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

IN RE SUBPOENA SERVED ON:  *  **21-MC-46**
            *
            *
**BRANDON BROWN,**      *  **MAGISTRATE JUDGE HORNSBY**
**Assistant United States Attorney** *
            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Private parties in a civil action, to which the United States is not a party, served two subpoenas on Assistant United States Attorney Brandon Brown.  The United States removed the subpoenas pursuant to the federal officer statute, 28 U.S.C. § 1442(a) and filed a Motion to Quash the subpoenas based on the Touhy doctrine and related federal regulations.  The court, by email, advised the two attorneys who issued the subpoenas that any opposition to the motion was due by noon on July 23, 2021.  Both attorneys have advised the court that they will not file opposition, and the deadline has passed with no opposition filed.

After considering the motion and related law, see State of La. v. Sparks, 978 F.2d 226 (5th Cir. 1992), IT IS ORDERED that the Motion to Quash is GRANTED, and the following subpoenas served upon AUSA Brandon Brown are quashed: "Subpoena for Witness" issued on June 30, 2021 and "Subpoena for Witness and Subpoena Duces Tecum" issued on July 12, 2021 by the First Judicial District Court, in and for Caddo Parish, Louisiana in the matter styled, "City Life Live, LLC and Marcia Meredith v. Post Office Employees Federal Credit Union," No. 582513-C.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 23rd day of July, 2021.

              _____
                Mark L. Hornsby
                U.S. Magistrate Judge